IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROGER J. KILLPACK and MELADEE KILLPACK,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUECROSS BLUESHIELD OF UTAH,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:20-cv-00107-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation of Dismissal with Prejudice ("Stipulation"),[1] and good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. Plaintiffs' Complaint[3] against Defendant is DISMISSED with prejudice and Defendant's Motion for Fees and Costs Pursuant to Rule 41(d) of the Federal Rules of Civil Procedure[4] is withdrawn. The parties shall bear their own costs and fees.

The Clerk is directed to close the case.

Signed February 8, 2021.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 17, filed Feb. 5, 2021.

[2] *Id.*

[3] Docket no. 2, filed Oct. 6, 2020.

[4] Docket no. 15, filed Jan. 22, 2021.